# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DWAYNE WINGATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:17-cv-01757-LMM |
| v. ) | |
| ) | |
| H.E.H. PAVING, INC., ) | |
| HERBERT WILLIAMS, ) | |
| HOBSON MILNER, ) | |
| TARIK MILNER ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING PARTIES' JOINT MOTION
## FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Dwayne Wingate and Defendants H.E.H. Paving, Inc., Herbert Williams, Hobson Milner and Tarik Milner filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

The parties' motion is **GRANTED**.

11342633 v1

It is, therefore, **ORDERED** that parties' settlement agreement is **APPROVED** and this action is dismissed **WITH PREJUDICE** except that the Court expressly retains jurisdiction to enforce the settlement which has been approved by the Court.  See <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 114 S. Ct. 1673 (1994).  Each party shall bear its or his own costs and expenses.

SIGNED THIS 1st DAY OF February, 2018.

_____
The Honorable Leigh Martin May
District Court Judge, Northern District of Georgia

11342633 v1